# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In Re:* | ) **04cv 12378 RCL** |
| Phillip W. Hyde, | ) |
| | ) No. 03-14530-JNF |
| Debtor. | ) Chapter 7 |
| | ) Judge Joan N. Feeney **INSTALLMENT FEES** |
| | ) |

## NOTICE OF APPEAL

The Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago, a creditor, through counsel, appeals under 28 U.S.C. § 158(a) from the order of the bankruptcy judge denying the Fund's Motion to Dismiss Under 11 U.S.C. § 707(a), entered in this main bankruptcy proceeding on September 14, 2004 as docket entry 84.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

| | |
|---|---|
| Appellant-creditor: | Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago |
| Appellant's counsel: | William W. Leathem<br>Jacobs Burns Orlove Stanton & Hernandez<br>122 S. Michigan Avenue<br>Suite 1720<br>Chicago, Illinois 60603<br>(312) 372-1646 |
| Local counsel: | William Moorman, Jr., Esq. (BBO # 548593)<br>Craig and Macauley Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 367-9500 |



Appellee's counsel:   Richard L. Blumenthal, esq.
Silverman & Kudisch, P.C.
1320 Centre Street, Suite 203
Boston, MA  02459
(617) 527-1150

Respectfully submitted,

Dated: _____

_____
William W. Leathem
Attorney for Appellant-creditor Board of
Trustees of the Public School Teachers' Pension
and Retirement Fund of Chicago
Jacobs Burns Orlove Stanton & Hernandez
122 S. Michigan Avenue
Suite 1720
Chicago, Illinois 60603
(312) 372-1646

*and*

William Moorman, Jr., Esq. (BBO # 48593)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In Re*: | ) |
| | ) No. 03-14530-JNF |
| Phillip W. Hyde, | ) Chapter 7 |
| | ) Judge Joan N. Feeney |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I, William W. Leathem, hereby certify that on September 20, 2004, I caused a copy of the **Notice of Appeal,** to be sent by first class mail, postage prepaid, to:

Richard L. Blumenthal, Esq.
Attorney for Debtor Phillip Hyde
Silverman & Kudisch, PC
1320 Centre St., Suite 203
Newton Center, MA 02459

William R. Moorman, Jr. (BBO#548593)
Local Counsel for Appellant-Creditor
Board of Trustees of the Public School Teachers'
Pension and Retirement Fund of Chicago
Craig and Macauley Professional Corporation
600 Atlantic Avenue
Boston, MA 02210

_____
William W. Leathem