UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago,<br><br>　　　　Appellant,<br><br>　　v.<br><br>Phillip W. Hyde,<br><br>　　　　Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 04-cv-12378-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that William R. Moorman, Jr. and Kathleen A. Rahbany of Craig and Macauley Professional Corporation, 600 Atlantic Avenue, Boston, MA. 02210, appear as counsel for Appellant Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago.

　　　　　　　　　　　　　　　　　　CRAIG AND MACAULEY
　　　　　　　　　　　　　　　　　　PROFESSIONAL CORPORATION

November 11, 2004

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　William R. Moorman, Jr. (BBO #548593)
　　　　　　　　　　　　　　　　　　Kathleen A. Rahbany (BBO #654322)
　　　　　　　　　　　　　　　　　　Craig and Macauley
　　　　　　　　　　　　　　　　　　　 Professional Corporation
　　　　　　　　　　　　　　　　　　Federal Reserve Plaza
　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　(617) 367-9500

## CERTIFICATE OF SERVICE

I, Kathleen A. Rahbany, hereby certify that on November 11, 2004 I caused a copy of the above document to be served by first class mailed on:

Richard L. Blumenthal
Silverman & Kudisch
1320 Centre Street
Suite 203
Boston, MA 02459.

_____
Kathleen A. Rahbany