UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago,<br><br>      Appellant,<br><br>v.<br><br>Phillip W. Hyde,<br><br>      Appellee. | No. 04-cv-12378-RCL |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), the undersigned counsel, Kathleen A. Rahbany, hereby moves that this Court enter an Order granting leave to William W. Leathem of the Chicago, IL law firm of Jacobs Burns Orlove Stanton & Hernandez to appear on behalf of the Appellant, Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago, and practice before this Court in the above-captioned matter.

In support of this motion, the undersigned refers this Court to the Motion to Appear as Counsel *Pro Hac Vice* and Declaration of William W. Leathem filed herewith.

WHEREFORE, the undersigned requests that this Court admit William W. Leathem *pro hac vice* to appear on behalf of the Appellant, Board of Trustees of the

Public School Teachers' Pension and Retirement Fund of Chicago, and practice before this Court in the above-captioned matter.

November 11, 2004

                                                                        _/s/ Kathleen A. Rahbany_
Kathleen A. Rahbany (BBO #654322)
Craig and Macauley
  Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

## CERTIFICATE OF SERVICE

      I, Kathleen A. Rahbany, hereby certify that on November 11, 2004 I caused a copy of the above document to be served by first class mailed on:

Richard L. Blumenthal
Silverman & Kudisch
1320 Centre Street
Suite 203
Boston, MA 02459.

*/s/ Kathleen A. Rahbany*
Kathleen A. Rahbany