**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Board of Trustees of the Public
School Teachers' Pension and
Retirement Fund of Chicago,    No. 04-CV-12378-RCL

    Appellant-Creditor,    On appeal from the Bankruptcy
                                                       Court, Case No. 03-14530 (Ch.7),
                                                       Hon. Joan N. Feeney, presiding.

   v.

Phillip Hyde,

    Appellee-Debtor.

**FUND'S MOTION FOR LEAVE TO FILE *INSTANTER* THE ATTACHED**
**(SHORT) REPLY TO DEBTOR'S OPPOSITION TO**
**<u>FUND'S MOTION TO FILE OVERSIZED BRIEF</u>**

Appellant Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago (the "Fund"), through counsel, moves the Court pursuant to Rule 7.1(b)(3) of the Local Rules of the United States District Court for the District of Massachusetts ("LR") for leave to file *instanter* the attached (short) reply to the opposition of Phillip Hyde ("Debtor") to the Fund's motion to file an oversized brief. The Fund states in support:

    1.    The Fund filed this appeal from a final order of the U.S. Bankruptcy Court for the District of Massachusetts, 28 U.S.C. § 158(a), and an election to proceed before the District Court under 28 U.S.C. § 158(c)(1), on September 21, 2004.

    2.    On November 11, 2004, the Fund filed a Motion to File Oversized Brief pursuant to LR 7.1(b)(4) and 203, and Fed.R.Bankr.P. 8010(c).

1

3. The Fund filed its opening brief ("Appellant's Brief') on November 29, 2004, in accordance with the November 10, 2004 Order setting a briefing schedule. (**Note:** Because the Order set November 25 as the Fund's due-date, and the District Court was closed on both Thursday, November 25 and Friday, November 26, for the Thanksgiving Holiday, the Fund's due-date defaulted to Monday, November 29.)

4. Though not yet reflected on the District Court's docket, the Fund received on November 29, 2004, Debtor's Opposition to Motion to File Oversize *[sic]* Brief

5. The Fund seeks leave to file *instanter* the attached short reply explaining why Debtor's opposition should be rejected.

6. If the Court should deny the Fund's Motion to File Oversized Brief, the Fund requests an extension of time in which to file an opening brief in compliance with the page limit otherwise allowed.

**WHEREFORE,** the Fund requests that the Court grant its motion and accept for filing *instanter* the attached reply. However, if the Court denies the Fund's Motion to File Oversized Brief, the Fund requests an extension of time in which to file an opening brief in compliance with the page limit otherwise allowed.

                                                          Respectfully submitted,

Dated: November 29, 2004            /s/ Kathleen A. Rahbany
                                             William R. Moorman, Jr. (BBO # 48593)
                                             Kathleen A. Rahbany (BBO# 654322)
                                             Craig and Macauley
                                                 Professional Corporation
                                             Federal Reserve Plaza

600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

-and-

William W. Leathem
Attorney for Appellant-creditor Board of
Trustees of the Public School Teachers'
Pension and Retirement Fund of Chicago
Jacobs Burns Orlove Stanton & Hernandez
 122 S. Michigan Avenue, Suite 1720
 Chicago, Illinois 60603
(312) 372-1646

## CERTIFICATE OF SERVICE

I, Kathleen A. Rahbany, hereby certify that on November 29, 2004 I caused a copy of the above document to be served by hand on:

Richard L. Blumenthal
Silverman & Kudisch
1320 Centre Street
Suite 203
Boston, MA 02459.

                                                        /s/ Kathleen A. Rahbany
                                                        Kathleen A. Rahbany