UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV 24  A 8: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

Board of Trustees of the Public )   No. 04-CV-12378-RCL
School Teachers' Pension and    )
Retirement Fund of Chicago      )
    Appellant-Creditor          )   On appeal from the Bankruptcy
                                )   Court Case No. 03-14530 (Ch. 7)
v.                              )   Hon. Joan N. Feeney, presiding
                                )
Phillip Hyde                    )
    Appellee-Debtor             )

## NOTICE OF APPEARANCE

Please take notice that Richard L. Blumenthal, of Silverman & Kudisch, P.C., 1320 Centre Street, Suite 203, Newton Center, MA 02459, appears as counsel for Appellee, Phillip W. Hyde.

_____
Richard L. Blumenthal, Esq.
BBO #047150
SILVERMAN & KUDISCH, P.C.
1320 Centre Street, Suite 203
Newton Center, MA 02459
617-527-1150

Dated: November 23, 2004

hyde\appeal\notice.app

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by _____ hand on _____