UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**<u>BOARD OF TRUSTEES OF THE PUBLIC
SCHOOL TEACHERS' PENSION AND
RETIREMENT FUND OF CHICAGO</u>**

**V.**                                    **CIVIL ACTION NO. <u>04-12378-RCL</u>**

**<u>PHILLIP W. HYDE</u>**

**<u>JUDGMENT OF DISMISSAL</u>**

LINDSAY, D.J.

    In accordance with the Court's Memorandum and Order of <u>September 7, 2005</u> , Judgment is hereby entered as follows: <u>Judgment for the Appellee-Debtor Phillip W. Hyde</u> dismissing this action.

September 8, 2005                                    /s/ Lisa M. Hourihan
                                                                                     Deputy Clerk